**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | CIVIL ACTION NO. 3:12-0741 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| WELLWORTH HOMES, INC., | |
| Defendant. | |

**ORDER**

**NOW**, this 25th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff State Farm Fire & Casualty Company is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If the Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge